NEAL S. SALISIAN, SBN 240277
neal.salisian@salisianlee.com
GLENN R. COFFMAN, SBN 305669
glenn.coffman@salisianlee.com
JARED T. DENSEN, SBN 325164
jared.densen@salisianlee.com
**SALISIAN | LEE LLP**
550 South Hope Street, Suite 750
Los Angeles, California 90071-2924
Telephone:  (213) 622-9100
Facsimile:   (800) 622-9145

MARISA D. POULOS (SBN 197904)
marisa.poulos@balboacapital.com
**BALBOA CAPITAL**
575 Anton Boulevard, 12th Floor
Costa Mesa, California 92626
Tel: (949) 399-6303

Attorneys for Plaintiff
AMERIS BANK d/b/a BALBOA CAPITAL

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>M AND W SHABAN, INC., a Kansas corporation, doing business as DAIRY QUEEN; MOEEN SHABAN, an individual,<br><br>Defendant. | Case No. 8:23-cv-02397-JVS(DFMx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**PLAINTIFF BALBOA CAPITAL'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS M AND W SHABAN, INC. AND MOEEN SHABAN; DECLARATION OF JARED T. DENSEN IN SUPPORT THEREOF**<br><br>Complaint Filed:    December 18, 2023 |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff Ameris Bank d/b/a/ Balboa Capital ("Balboa") hereby requests that the Clerk of the Court enter defaults against defendants M and W Shaban, Inc., a Kansas corporation, doing business as Dairy Queen ("M and W") and Moeen Shaban, an individual ("Shaban") in this matter on the ground that each of the defendants have failed to file a response to Balboa's Complaint within the time prescribed by Federal Rule of Civil Procedure 15(a).

As set forth in the Proofs of Service and the Declaration of Jared T. Densen dated May 24, 2024 ("Densen Decl."), which is attached to this Request, Balboa caused M and W and Shaban to be served with the Complaint and Summons. Specifically, on April 12, 2024, Balboa served defendant M and W with the Complaint and Summons by substituted service on Marwan A. Shaban ("Marwan") as the agent for service, by leaving copies of them with Alyna Lopez, the employee most in charge at M and W at 1520 South Webb Road, Wichita, Kansas 67207. [*See* Densen Decl., ¶2, Exhibit 1 (Proof of Service of M and W), Dkt. 21.] Additionally, on April 12, 2024, Balboa served defendant Shaban with the Complaint and Summons by substituted service, by leaving copies of them with Alyna Lopez, the employee most in charge at M and W at 1520 South Webb Road, Wichita, Kansas 67207. [*See* Densen Decl., ¶2, Exhibit 2 (Proof of Service of Shaban), Dkt. 14.]

Defendants M and W and Shaban have not filed an answer or otherwise filed a responsive pleading to the Complaint (Densen Decl., ¶3), although such response was due to be filed no later than May 3, 2024 under Federal Rule of Civil Procedure 12(a)(1)(i).

//
//
//

1 | Thus, in accordance with Federal Rule of Civil Procedure, Rule 55(a), Balboa hereby respectfully requests that the Clerk of this Court enter defaults against defendants M and W and Shaban.

DATED: May 24, 2024                SALISIAN | LEE LLP

By: _____
    Jared T. Densen
    Neal S. Salisian
    Glenn R. Coffman

    Attorneys for Plaintiff
    AMERIS BANK d/b/a BALBOA CAPITAL

# DECLARATION OF JARED T. DENSEN

I, Jared T. Densen, declare:

1. I am an attorney at Salisian | Lee LLP, counsel of record for plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa") in this action. I have personal knowledge of the facts stated in this declaration, except those based on information and belief, and could and would truthfully testify thereto if called upon as a witness. I make this declaration in support of Plaintiff Ameris Bank d/b/a Balboa Capital Corporation's Request for Entry of Default Against Defendants M and W Shaban, Inc., a Kansas corporation, doing business as Dairy Queen ("M and W"), and Moeen Shaban, an individual ("Shaban") (collectively, "Defendants").

2. Specifically, on April 12, 2024, Balboa served defendant M and W with the Complaint and Summons by substituted service on Marwan A. Shaban ("Marwan") as the agent for service, by leaving copies of them with Alyna Lopez, the employee most in charge at M and W at 1520 South Webb Road, Wichita, Kansas 67207. Additionally, on April 12, 2024, Balboa served defendant Shaban with the Complaint and Summons by substituted service, by leaving copies of them with Alyna Lopez, the employee most in charge at M and W at 1520 South Webb Road, Wichita, Kansas 67207. Attached hereto and incorporated herein by this reference as Exhibits 1 and 2 are true and correct copies, respectively, of the Proof of Service for M and W (Exhibit 1) and the Proof of Service for Shaban (Exhibit 2).

3. Defendants M and W and Shaban have not filed an answer or otherwise filed a responsive pleading to the Complaint, although such response was due no later than May 3, 2024 under Federal Rule of Civil Procedure 12(a)(1)(i).

//
//
//
//

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the
2  laws of the United States of America that the foregoing is true and correct.
3
4  Executed this 24th day of May, 2024.
5
6                                                                                            _____
7                                                                                                  Jared T. Densen
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Salisian|Lee LLP

4
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS; DECLARATION OF JARED T. DENSEN
CASE NO. 8:23-cv-02397-JVS(DFMx)

# EXHIBIT 1

| | | POS-010 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>NEAL S. SALISIAN | SBN: 240277<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET   LOS ANGELES, CA 90071<br>TELEPHONE NO.: (213) 622-9100 | FAX NO. (800) 622-9145 | E-MAIL ADDRESS *(Optional):* neal.salisian@salisianlee.com<br>ATTORNEY FOR *(Name):* Plaintiff:  AMERIS BANK. A GEORGIA STATE-CHARTERED BANKING CORPORATION,<br>DBA BALBOA CAPITAL | | **FOR COURT USE ONLY** |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION |
|---|
| STREET ADDRESS:   411 W. Fourth St., Courtroom 6B, 6th Floor |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:   Santa Ana, CA 92701-4516 |
| BRANCH NAME:   Southern Division |

| PLAINTIFF: AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DOING BUSINESS AS BALBOA CAPITAL | CASE NUMBER:<br>8:23-CV-02397-JVS-DFM |
|---|---|
| DEFENDANT: M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL. | |
| **AMENDED PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>443-87 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  **INITAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**
3. a. Party served *(specify name of party as shown on documents served)*:
   **M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MARWAN A. SHABAN - AGENT FOR SERVICE**
4. Address where the party was served:  **1520 S Webb Rd**
   **Wichita, KS 67207**
5. I served the party
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **4/12/2024** at *(time):* **12:30 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **ALYNA LOPEZ - EMPLOYEE MOST IN CHARGE AT M AND W SHABAN, INC., A KANSAS CORPORATION - DOING BUSINESS AS DAIRY QUEEN**

   | Age: 20+ | Weight: 120 | Hair: BLACK | Sex: Female |
   |---|---|---|---|
   | Height: 5'2 | Eyes: | Race: HISPANIC | |

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*     from *(city):*          or ☑ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/217686C** |
|---|---|---|

| PETITIONER: AMERIS BANK, A GEORGIA STATE CHARTERED BANKING CORPORATION, DOING BUSINESS AS... | CASE NUMBER: |
|---|---|
| RESPONDENT: M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL. | 8:23-CV-02397-JVS-DFM |

Case 8:23-cv-02397-JVS-DFM   Document 22   Filed 05/25/24   Page 8 of 16   Page ID #:95

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **M AND W SHABAN, INC., A KANSAS CORPORATION, DBA AS DAIRY QUEEN**
      under the following Code of Civil Procedure section:

      ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                   ☐ other:

7. **Person who served papers**
   a. Name: **JACOB PETERSEN - JPL PROCESS SERVICE, LLC**
   b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$ 99.00**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **4/16/2024**

   JPL PROCESS SERVICE, LLC
   14482 BEACH BLVD. STE X
   WESTMINSTER, CA 92683   | (866) 754-0520

   **JACOB PETERSEN**
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         ▶ (SIGNATURE)

| Attorney or Party without Attorney:<br>NEAL S. SALISIAN, SBN: 240277<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071<br>TELEPHONE No.: (213) 622-9100 | E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com<br>FAX No. (Optional): (800) 622-9145 | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff  Ameris Bank, a Georgia State-Chartered Banking Corporation, DBA Balboa Capital | Ref No. or File No.:<br>443-87 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION - | | | | |
| Plaintiff: AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DOING BUSINESS AS BALBOA CAPITAL | | | | |
| Defendant: M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL. | | | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:23-CV-02397-JVS-DFM |

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet (served in complex cases only); INITAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as follows:

   a. Date of Mailing:              4/16/2024
   b. Place of Mailing:             WESTMINSTER, CA,
   c. Addressed as follows:         M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN
                                    1520 S Webb Rd
                                    Wichita, KS 67207-4259

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of business.

Fee for Service: **$ 99.00**
   **JPL PROCESS SERVICE, LLC**
   14482 BEACH BLVD. STE X
   WESTMINSTER, CA 92683
   (866) 754-0520
   Ref: 443-87

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 4/16/2024.

Signature: 
                                                 **JEFF LANCASTER**

## PROOF OF SERVICE BY MAIL

Order#: 217686C/mailproof

# EXHIBIT 2

| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>NEAL S. SALISIAN | SBN: 240277<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET LOS ANGELES, CA 90071<br>TELEPHONE NO (213) 622-9100 | FAX NO (800) 622-9145 | E-MAIL ADDRESS *(Optional)*: neal.salisian@salisianlee.com<br>ATTORNEY FOR *(Name)*: Plaintiff AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DBA BALBOA CAPITAL | | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION<br>STREET ADDRESS: 411 W. Fourth St., Courtroom 6B, 6th Floor<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701-4516<br>BRANCH NAME: Southern Division | | |
| PLAINTIFF: AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DOING BUSINESS AS BALBOA CAPITAL<br>DEFENDANT: M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL. | | CASE NUMBER:<br>8:23-CV-02397-JVS-DFM |
| PROOF OF SERVICE OF SUMMONS | | Ref. No. or File No.:<br>443-87 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other INITAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
3. a. Party served *(specify name of party as shown on documents served)*:
   **MOEEN SHABAN, AN INDIVIDUAL**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **1520 S Webb Rd**
   **Wichita, KS 67207**
5. I served the party
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 4/12/2024 at *(time)*: 12:30 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **ALYNA LOPEZ - EMPLOYEE MOST IN CHARGE**
   Age: 20  Weight: 120  Hair: BLACK  Sex: Female
   Height: 5'2  Eyes:  Race: HISPANIC
   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☑ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | Page 1 of 2 |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/217686D |

| PETITIONER: AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DOING BUSINESS AS BALBOA CAPITAL | CASE NUMBER: 8:23-CV-02397-JVS-DFM |
|---|---|
| RESPONDENT: M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL. | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:          (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed *Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: **JACOB PETERSEN - JPL PROCESS SERVICE, LLC**
   b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$ 99.00**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner      ☐ employee      ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **4/16/2024**

   JPL PROCESS SERVICE, LLC
   14482 BEACH BLVD. STE X
   WESTMINSTER, CA 92683  | (866) 754-0520

   _____JACOB PETERSEN_____          ▶ /s/ *(Signature)*
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| NEAL S. SALISIAN SBN 240277<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET LOS ANGELES, CA 90071 | | |
| TELEPHONE NO. (213) 622-9100 | FAX NO. (800) 622-9145 | E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com | | |
| ATTORNEY FOR (Name): Plaintiff AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DBA BALBOA CAPITAL | | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION | |
|---|---|
| STREET ADDRESS: 411 W. Fourth St., Courtroom 6B, 6th Floor | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Santa Ana, CA 92701 | |
| BRANCH NAME: Southern Division | |

| PLAINTIFF/PETITIONER: AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DOING BUSINESS AS BALBOA CAPITAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MAHDAW SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL. | 8:23-CV-02397-JVS-DFM |

| DECLARATION OF DILIGENCE | Ref. No. or File No.: 443-87 |
|---|---|

I, JACOB PETERSEN, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: MOEEN SHABAN, AN INDIVIDUAL as follows:

Documents:

Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet (served in complex cases only); INITAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 4/6/2024 | 7:12 PM | Business | EMPLOYEE WOULD NOT ADVISE IF SUBJECT IS HERE OR NOT. REFUSED TO GET A MANAGER TO HELP ME.<br>1520 S Webb Rd, Wichita, KS 672074259 |
| 4/9/2024 | 12:15 PM | Business | EMPLOYEE WOULD NOT ADVISE IF SUBJECT IS HERE OR NOT. REFUSED TO GET A MANAGER TO HELP ME.<br>1520 S Webb Rd, Wichita, KS 672074259 |
| 4/12/2024 | 12:30 PM | Business | DOCUMENTS WERE LEFT WITH EMPLOYEE MOST IN CHARGE ALYNA LOPEZ.<br>1520 S Webb Rd, Wichita, KS 672074259 |
| 4/12/2024 | 12:30 PM | Business | Substituted service on: MOEEN SHABAN, AN INDIVIDUAL; 1520 S Webb Rd, Wichita, KS 67207; by serving: ALYNA LOPEZ - EMPLOYEE MOST IN CHARGE, HISPANIC Female 20 120 BLACK 5'2. |
| 4/16/2024 | | | Mailed copy of documents to: MOEEN SHABAN, AN INDIVIDUAL.<br>1520 S Webb Rd, Wichita, KS 67207 |

Fee for Service: $ 99.00
County:
Registration No.:
**JPL PROCESS SERVICE, LLC**
**14482 BEACH BLVD. STE X**
**WESTMINSTER, CA 92683**
**(866) 754-0520**



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 4/16/2024.

Signature: _____
JACOB PETERSEN

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 217686D

| Attorney or Party without Attorney | | FOR COURT USE ONLY |
|---|---|---|
| NEAL S. SALISIAN, SBN: 240277<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071<br>TELEPHONE No (213) 622-9100    E-MAIL ADDRESS (Optional) neal.salisian@salisianlee.com<br>FAX No (Optional) (800) 622-9145 | | |
| Attorney for Plaintiff | | |
| AMERIS BANK. A GEORGIA STATE-CHARTERED BANKING CORPORATION, DBA BALBOA CAPITAL | Ref No or File No<br>443-87 | |

Insert name of Court, and Judicial District and Branch Court
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION -

Plaintiff: AMERIS BANK, A GEORGIA STATE-CHARTERED BANKING CORPORATION, DOING BUSINESS AS BALBOA CAPITAL

Defendant: M AND W SHABAN, INC., A KANSAS CORPORATION, DOING BUSINESS AS DAIRY QUEEN; ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE. | TIME. | DEPT | CASE NUMBER<br>8:23-CV-02397-JVS-DFM |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet (served in complex cases only); INITAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as follows:

    a. Date of Mailing:     4/16/2024
    b. Place of Mailing:     WESTMINSTER, CA,
    c. Addressed as follows:     MOEEN SHABAN, AN INDIVIDUAL
    1520 S Webb Rd
    Wichita, KS 67207-4259

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of business.

Fee for Service: $ 99.00
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520
Ref: 443-87

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 4/16/2024.

Signature: _____
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 217686D/mailproof

# PROOF OF SERVICE
## USDC Case No. 8:23-cv-02397-JVS(DFMx)

STATE OF CALIFORNIA    )
                                   )   ss.
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 550 South Hope Street, Suite 750, Los Angeles, California 90071.  My electronic service address is: eddie.jimenez@salisianlee.com.

     On May 24, 2024, I caused the foregoing document(s) described as **PLAINTIFF BALBOA CAPITAL'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS M AND W SHABAN, INC. AND MOEEN SHABAN; DECLARATION OF JARED T. DENSEN IN SUPPORT THEREOF** to be served on the interested parties in this action as follows:

| | |
|---|---|
| Marisa Poulos<br>Michelle A. Chiongson<br>BALBOA CAPITAL CORPORATION<br>575 Anton Boulevard, 12th Floor<br>Costa Mesa, California 92626<br>Tel: (949) 399-6303<br>Email:<br>marisa.poulos@balboacapital.com;<br>michelleac@balboacapital.com | *Attorney for Plaintiff*<br>AMERIS BANK d/b/a BALBOA CAPITAL |
| M AND W SHABAN, INC.<br>Agent for Service c/o Moeen Shaban<br>1520 S Webb Rd<br>Wichita, Kansas 67207 | *Defendant*<br>M AND W SHABAN, INC.C |
| MOEEN SHABAN<br>1520 S Webb Rd<br>Wichita, Kansas 67207 | *Defendant*<br>MOEEN SHABAN |

  **X**   **VIA U.S. MAIL (as to defendants only)**
     Following ordinary business practices, I placed the document for collection and mailing at my business address listed on the service list, in a sealed envelope, postage fully prepaid, addressed to the person(s) at the address I am informed and believe is the current address for such person(s). I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service on the day on which it is placed for collection and mailing at the business.

**X   VIA CM/ECF SYSTEM**

Pursuant to L.R. 5-3 and 5-4, following ordinary business practices, I electronically filed the foregoing documents with the Clerk of the Court by using the Court's automated CM/ECF system. I checked the CM/ECF docket for this case and determined that the person(s) indicated above are registered as CM/ECF Users who have consented to electronic service through Notice of Electronic Filing transmission sent to the e-mail address(es) listed above. I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list.

**X   FEDERAL**

I declare under penalty of perjury under the laws of the United States of America that the on the service list is true and correct. Executed on May 24, 2024, at Los Angeles, California.

*Eduardo J.*
_____
Eduardo Jimenez